IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD FOLKNER,
        Petitioner,

v.                                        Civil Action No. 06-47

                                              Judge David S. Cercone
HARRY WILSON, et al.,                Magistrate Judge Lisa Pupo Lenihan

        Respondents.

## MEMORANDUM ORDER

The above-captioned Petition was received by the Clerk of Court on January 12, 2006, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's Report and Recommendation (Document No. 5), filed on February 28, 2006, recommended the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be transferred to the Federal District Court for the Eastern District of Pennsylvania.  Service was made on the Petitioner at SCI Fayette, 50 Overlook Drive, LaBelle, PA 15450-1050, and on counsel of record for the Respondents, Scott A. Bradley, Esquire.[1]  The parties were informed that in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrates, that they had ten (10) days to file any objections.  Neither party filed

---

[1] Subsequent to the issuance of the Report and Recommendation, William W. Matz, Jr., Esquire, entered his appearance on behalf of the District Attorney's Office of Northampton County.

- 1 -

objections to the Report and Recommendation. Moreover, the Respondents have stated that that they have no objection to the recommendation that this case be transferred. (Document No. 6 at 1 n.1). After review of the pleadings and the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 26th day of May, 2006;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is transferred to the Eastern District of Pennsylvania.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Document No. 5) of Magistrate Judge Lenihan, dated February 28, 2006, is adopted as the opinion of the court.

_____
The Honorable David S. Cercone
United States District Court Judge

cc:   Lisa Pupo Lenihan
      UNITED STATES MAGISTRATE JUDGE

      Scott A. Bradley, Esquire
      Office of the Attorney General
      564 Forbes Avenue
      6th Floor, Manor Complex
      Pittsburgh, PA 15219

      William W. Matz, Jr., Esquire
      District Attorney's Office
      Northampton County Government Center
      669 Washington Street
      Easton, PA 18042

      Richard Folkner
      GE-1423
      SCI Fayette
      50 Overlook Dr.
      LaBelle, PA 15450-1050